JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MICHELLE MIRANDA,<br><br>　　　　　　Plaintif,<br>　　v.<br><br>COASTLINE RECOVERY SERVICES, INC., UAR DIRECT, LLC d/b/a UNITED AUTO RECOVERY and TOYOTA FINANCIAL SERVICES,<br><br>　　　　　　Defendants,<br><br>TOYOTA FINANCIAL SERVICES, COASTLINE RECOVERY SERVICES, INC., and UNITED NATIONWIDE CA, LP,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>HODLA MOTORS, LLC d/b/a HONDA DOWNTOWN LOS ANGELES,<br><br>　　　　　　Third-Party Defendants. | Case No. 2:24-cv-02136-AB-BFM<br><br>[~~PROPOSED~~] DISMISSAL ORDER |

The Court **ORDERS** that pursuant to the parties' August 14, 2025, Stipulation of Dismissal, all of Plaintiff Monique Miranda's claims asserted in the Complaint against Defendants Coastline Recovery Services Inc. ("Coastline"), UAR Direct, LLC d/b/a United Auto Recovery ("UAR") and Toyota Financial

1 | Services ("TFS"), and all claims asserted in the Third-Party Complaint by
2 | Coastline, UAR and TFS against Third-Party Defendant HODLA Motors, LLC
3 | d/b/a Honda of Downtown Los Angeles in Civil Action No. **2:24-cv-02136-AB-**
4 | **BFM**, are dismissed with prejudice.

The Parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED.**

DATED:  October 29, 2025

_____
HON. JUDGE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE